EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:   541-2850
facsimile:   541-2958
e-mail:      wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2005

at 11 o'clock and 37 min. A.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>KYLE H. ARAKI,<br><br>      Defendant. | CR. NO. CR05 00169 DAE<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(9)] |

### I N D I C T M E N T
(unlawful possession of a firearm)

The Grand Jury charges that:

On or about August 15, 2004, in the District of Hawaii, defendant KYLE H. ARAKI, who being a person previously convicted of a misdemeanor crime of domestic violence, did possess in and affecting commerce a firearm, to wit: a Winchester, Model 9422M, 22 caliber rifle bearing Serial number F631426 and 22 caliber

ammunition, all in violation of Title 18, United States Code, Section 922(g)(9) and 924(a)(2).

DATED: April 21, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney