EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON       #4532
Chief, Major Crimes Section

WES REBER PORTER        #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00169 JMS |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |
| vs. | ) | |
| KYLE H. ARAKI, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: March 23, 2006, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By /s/ Wes Porter
                                   WES REBER PORTER
                                   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

    PAMELA BYRNE                                     <u>pamela_byrne@fd.org</u>
    Assistant Federal Public Defender

    Attorney for Defendant
    KYLE H. ARAKI

<u>Served by Hand-Delivery</u>:

    **U.S. PROBATION OFFICE**
    Attn: Ellie Asasaki
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

    DATED:  March 23, 2006, at Honolulu, Hawaii.

                                                <u>/s/ Cheri Abing</u>