PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE  #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
KYLE H. ARAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00169 JMS |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT |
| | ) | PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| KYLE H. ARAKI, | ) | |
| | ) | DATE:      May 1, 2006 |
| Defendant. | ) | TIME:      1:30 p.m. |
| | ) | JUDGE:   David A. Ezra |

**RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, KYLE H. ARAKI, by and through counsel, Pamela J. Byrne, Assistant Federal Defender, respectfully states he has no factual or legal objections to the findings and conclusions of the draft presentence report.

DATED:  Honolulu, Hawaii, March 30, 2006.

/s/Loretta Faymonville for
PAMELA J. BYRNE
Attorney for Defendant
KYLE H. ARAKI

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on March 30, 2006:

WES REBER PORTER        (Served Electronically through CM/ECF)
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


ELLIE ASASAKI        (Hand-Delivered)
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii   96813

DATED:  Honolulu, Hawaii, March 30, 2006.

/s/ Christina Fuller
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
KYLE H. ARAKI