# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00169JMS |
| CASE NAME: | United States of America vs. Kyle H. Araki |
| ATTYS FOR PLA: | Wes Reber Porter |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| U.S.P.: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 5/1/2006 | TIME: | 1:40 - 1:45 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present with counsel Pamela Byrne.

Defendant's Oral Motion to Continue Sentencing GRANTED to Friday, May 5, 2006 at 9:30 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager

